

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

July 31, 2015

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>Calvello, et al. v. DJO Global, Inc., et al.; Civil Action No. 15-cv-05085(RA)</u>

Dear Judge Abrams:

We represent Plaintiffs in the above-referenced action.  On July 20, 2015, Defendant Steven Scansaroli was served with a copy of the Complaint in this matter.  Accordingly, Mr. Scansaroli's response to the Complaint is currently due by August 10, 2015.  Mr. Scansaroli has requested an extension of his time to respond to the Complaint so that he may secure legal representation, and we have stipulated to that request pursuant to the attached stipulation.  As Mr. Scansaroli does not have access to the electronic filing system, we are filing this stipulation as a courtesy to him.  This is Mr. Scansaroli's first request for an extension of this deadline.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

David E. Gottlieb

Enc.

cc:    Mr. Steven Scansaroli (w/encl.; *via* U.S. Mail)