USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: JUL 3 1 2015

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIELLE CALVELLO and MICHAEL BORDIERI, JR., <br><br> Plaintiffs, <br><br> v. <br><br> DJO GLOBAL, INC., DJO, LLC, STEVEN SCANSAROLI, JAMES L. DUNCAN, JOHN DOES 1-3 AND JANE DOES 1-3, <br><br> Defendants. | Civil Action No: 15-CV-5085 <br><br> Honorable Ronnie Abrams, U.S.D.J. <br><br> **STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant Steven Scansaroli and counsel for Plaintiffs Danielle Calvello and Michael Bordieri, Jr., that the time for Defendant Steven Scansaroli to move, answer, or otherwise respond to Plaintiff's Complaint is extended to September 4, 2015.

_____
David E. Gottlieb
Wigdor LLP
85 Fifth Avenue
New York, NY 10003
(212) 257-6800
Fax: (212) 257-6845
Email: dgottlieb@wigdorlaw.com
*Counsel for Plaintiffs*

Dated:

_____
Steven Scansaroli

Dated: 30 July 2015

SO ORDERED.

_____
Hon. Ronnie Abrams, U.S.D.J.

Date: 7/31/15