```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIELLE CALVELLO and MICHAEL BORDIERI, JR.,

Plaintiffs,

-against-

DJO GLOBAL, INC. et al.

Defendants.

15 Civ. 05085 (RA)(GWG)

STIPULATION OF DISMISSAL
WITH PREJUDICE

The undersigned hereby stipulate, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-entitled action is, and all causes of action asserted therein, be dismissed with prejudice, with each party to bear their own costs, disbursements and attorneys' fees.

Dated: New York, New York
April 21, 2016

David Gottlieb, Esq. / Bryan Arbeit, Esq.
Wigdor LLP
85 Fifth Avenue
New York, New York 10003

*Attorneys for Plaintiffs*

Steve Sonnenberg
Paul Hastings
75 East 55th Street
New York, New York 10022

*Attorneys for Steven Scansaroli*

Andrew P. Marks, Esq.
Littler Mendelson, P.C.
900 Third Avenue
New York, New York 10022

*Attorneys for Defendants DJO Global, Inc., DJO LLC, and James Duncan*

Fred O. Weinstein, Esq.
Kurtzman Eisenberg Corbin & Lever, LLP
1 North Broadway
White Plains, New York 10601

*Attorneys for Jamie Stern*

So Ordered:

U.S.D.J
5/10/16